## Peter M. Westhoff

| | |
|---|---|
| **From:** | Peter M. Westhoff |
| **Sent:** | Monday, January 10, 2022 2:11 PM |
| **To:** | Phil Christofferson |
| **Cc:** | Rachel Wright |
| **Subject:** | RE: Salas Investments, LLC v. Outfront Media, Inc. #215125 |

Phil:

I have authority to accept service on behalf of Outfront Media. Can you please forward me a file stamped copy of the Petition with the case number as the service copy.

**Peter M. Westhoff**
Hennessy & Roach, P.C.
Direct 314.932.3140
St. Louis 314.231.0770
pwesthoff@hennessyroach.com
www.hennessyroach.com



| | |
|---|---|
| Chicago, IL | 312.346.5310 |
| Brentwood, TN | 615.985.5340 |
| Indianapolis, IN | 317.204.4627 |
| Milwaukee, WI | 414.273.3133 |
| Omaha, NE | 402.933.8851 |
| Overland Park, KS | 913.221.0740 |
| Springfield, IL | 217.726.0037 |
| St. Louis, MO | 314.231.0770 |

Workers Compensation • Auto • Trucking • Construction • General Litigation • Labor & Employment

---

**From:** Phil Christofferson <pchristofferson@cockriel.com>
**Sent:** Thursday, January 6, 2022 11:25 AM
**To:** Peter M. Westhoff <pwesthoff@hennessyroach.com>
**Subject:** RE: Salas Investments, LLC v. Outfront Media, Inc. #215125

Peter:

I have filed suit on behalf of Salas Investments against Outfront Media. See attached. I will provide a case number when available.

Please advise as to whether you can accept service on Outfront's behalf.

Phil

**From:** Peter M. Westhoff <pwesthoff@hennessyroach.com>
**Sent:** Thursday, October 28, 2021 4:49 PM
**To:** Tammy Doolin <TDoolin@usam.com>; Phil Christofferson <pchristofferson@cockriel.com>



EXHIBIT
A

1



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC00056 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SALAS INVESTMENTS LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>PHILIP JAMES CHRISTOFFERSON<br>3660 GEYER RD<br>STE 320<br>SAINT LOUIS, MO 63127 | |
| Defendant/Respondent:<br>OUTFRONT MEDIA INC.<br>Nature of Suit:<br>CC Property Damage | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: OUTFRONT MEDIA INC.
Alias:
CSC LAWYERS INC SERVICE CO, RAGT
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**COLE COUNTY, MO**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**January 11, 2022**   _Thomas Kloppinger_ (signature)

Date                                                          Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                              _____
Printed Name of Sheriff or Server                   Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                              Date                        Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 | |
| Mileage | $ | (_____ miles @ $._____ per mile) |
| Total | $ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**2222-CC00056**

Electronically Filed - City of St. Louis - January 14, 2022 - 10:19 AM

IN THE CIRCUIT COURT FOR THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| SALAS INVESTMENTS, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. |
| v. ) | |
| ) | |
| OUTFRONT MEDIA, LLC, ) | |
| ) | |
| Serve: CSC-Lawyers Incorporating Service ) | |
| Co., Reg. Agent ) | |
| 221 Bolivar Street ) | |
| Jefferson City, MO 65101 ) | |
| ) | |
| Defendant. ) | |

## PETITION

For its Petition against Defendant Outfront Media, LLC, Plaintiff Salas Investments, LLC states:

### COUNT 1 - NEGLIGENCE

1. Salas Investments, LLC ("Salas Investments") is, and at all times relevant hereto has been, a Missouri limited liability company.

2. Outfront Media, LLC ("Outfront") is, and at all times relevant hereto has been, a Delaware limited liability company registered to do business in Missouri.

3. Venue is appropriate pursuant to R.S.Mo. § 508.010.4.

4. Salas Investments owns the real property and improvements located at 4902 Natural Bridge Road in the City of St. Louis, Missouri (the "Building").

5. Outfront is in the business of, *inter alia*, erecting and maintaining billboards and other outdoor display advertising.

1

6. Starting in 2000, Outfront leased a portion of the roof of the Building for the purposes of constructing and maintaining a large advertising billboard on the roof of the Building.

7. On December 18, 2019, Outfront informed Salas Investments that it intended to "schedule the removal of the sign structure [i.e. the billboard]" from the Building "by mid-February" 2020.

8. Outfront apparently entered onto the property and removed the billboard from the Building at some point during January or February of 2020.

9. Outfront owed a duty of care to Salas Investments in performing the billboard removal.

10. Outfront breached its duty of care in performing the billboard removal, and Outfront was thereby negligent. In particular, Outfront caused significant damage to the roof of the Building while removing the billboard structure.

11. This damage in turn caused water to infiltrate the Building, which led to significant damage to the interior of the Building, including damage to the ceiling, walls and floors of the first and second floors of the Building.

12. As a direct and proximate result of Outfront's negligence, the Building has suffered substantial damage, including but not limited to damage caused by the water infiltration.

13. Outfront also owed Salas Investments a duty of care in installing and maintaining the billboard structure on the roof of the Building to avoid damage to the walls of the Building.

14. Outfront breached its duty of care by failing to properly install and failing to maintain the billboard structure to avoid damage to walls of the Building, and Outfront was thereby negligent.

15. As a direct and proximate result of Outfront's negligence, the masonry walls of the Building suffered extraordinary wear and tear, which in turn necessitated repairs to the masonry walls of the Building.

16. As a direct and proximate result of Outfront's negligence, Salas Investments has been damaged in that it has incurred and will incur costs to be determined, but estimated to be in excess of $330,000.00, to repair and return the Building to its original condition including repairs to the roof, masonry, second floor interior, and first floor interior.

WHEREFORE, Plaintiff Salas Investments, LLC respectfully request that this Court enter Judgment in its favor and against Defendant Outfront Media, LLC in an amount to be determined at trial but in excess of $330,000.00, plus prejudgment interest at the rate of 9% per annum, and for such other and further relief as the Court deems just and proper.

COCKRIEL & CHRISTOFFERSON, LLC

By: /s/ Philip J. Christofferson
Philip J. Christofferson, #50134
3660 South Geyer Road, Suite 320
St. Louis, Missouri 63127-1026
(314) 821-4200
(314) 821-4264 Fax
pchristofferson@cockriel.com

Attorney for Plaintiff Salas Investments, LLC